233 So.2d 247

### AMERICAN CREOSOTE COMPANY, Inc.

v.

### George J. SPRINGER.

No. 50354.

Feb. 27, 1970.

In re: American Creosote Works applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 232 So.2d 532.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified."

233 So.2d 247

### James E. WALKER et al.

v.

### William JONES et al.

No. 50429.

April 3, 1970.

In re: State of Louisiana, through the Department of Highways applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 230 So.2d 851.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted as to assignment of Error No. 1. In all other respects, the application is denied on the facts found by the court of appeal.

233 So.2d 247

### Julia Chambers STOKES et al.

v.

### AETNA CASUALTY AND SURETY COMPANY et al.

No. 50400.

March 12, 1970.

In re: Willie Mae Weber applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 232 So.2d 328.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.